**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, | |
| Plaintiff(s), | Case No. 2:13-cv-1417-JAD-NJK |
| vs. | ORDER DENYING STIPULATION TO EXTEND |
| NEVADA POWER CO., et al., | |
| Defendant(s). | (Docket No. 26) |

Pending before the Court is a stipulation to extend the deadline to file a response to the Complaint. Docket No. 26. Stipulations to extend Court deadlines are not effective absent Court approval. *See* Local Rule 7-1(b). A showing of "good cause" is required for requests to extend deadlines. *See* Fed. R. Civ. P. 6(b)(1). The parties provide no reason whatsoever for the requested extension, so the Court cannot find good cause exists. Accordingly, the stipulation is hereby **DENIED** without prejudice. Any renewed stipulation to extend this deadline shall be filed no later than October 8, 2013.

IT IS SO ORDERED.

DATED: October 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge