# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, et al., | Case No. 2:13-cv-01417-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER SETTING HEARING |
| NEVADA POWER COMPANY, et al., | |
| Defendant(s). | |

Pending before the Court are the competing discovery plans submitted by the parties. *See* Docket No. 41. The Court hereby SETS hearing on the discovery plans for December 18, 2013 at 3:00 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: November 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge