UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, et al., | Case No. 2:13-cv-01417-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY |
| NEVADA POWER COMPANY, et al., | (Docket No. 45) |
| Defendant(s). | |

The Court has set a hearing on the discovery plans submitted in this case for December 18, 2013 at 3:00 p.m. in Courtroom 3A. Pending before the Court is Defendant California Department of Water Resources' motion to appear telephonically at that hearing, which is hereby GRANTED. Counsel for Defendant California Department of Water Resources shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: December 11, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge