KAMALA D. HARRIS
Attorney General of California
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General
GARY ALEXANDER, (*PRO HAC VICE*)
  CALIF. BAR NO. 167671 (ACTIVE)
NHU Q. NGUYEN,
  CALIF. BAR NO. 207140 (ACTIVE)
  NEVADA BAR NO. 7844 (INACTIVE)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5599
  Fax: (415) 703-5480
  E-mail: Gary.Alexander@doj.ca.gov

*Attorneys for Defendant
California Department of Water Resources*

ANDREW K. GORDON, (*PRO HAC VICE*)
  CALIF. BAR NO. 99714 (ACTIVE)
DUANE MORRIS LLP
  One Market Plaza
  Spear Tower, Suite 2200
  San Francisco, CA 94105
  Telephone: (415) 957-3000
  Fax: (415) 358-4406
  E-mail: akgordon@duanemorris.com

RYAN A. LOOSVELT, SBN 8550
DUANE MORRIS LLP
  100 North City Parkway, Suite 1560
  Las Vegas, NV 89106
  Telephone: (702) 868-2600
  Fax: (702) 385-6862
  E-mail: rloosvelt@duanemorris.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, a federally recognized Tribe of Indians, <br><br> and, <br><br> SIERRA CLUB, a California non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> NEVADA POWER CO., d/b/a NV ENERGY, <br><br> and, <br><br> CALIFORNIA DEPARTMENT OF WATER RESOURCES, <br><br> Defendants. | Case No. 2:13-cv-01417-JAD-NJK <br><br> **[PROPOSED]** <br> **ORDER ON MOTION TO REQUEST STAY OF DISCOVERY AS TO CALIFORNIA DEPARTMENT OF WATER RESOURCES** |

///

///

**ORDER**

The California Department of Water Resources appeared specially without waiving its claim of sovereign immunity or consenting to this Court's jurisdiction to file its Motion to Request Stay of Discovery as to California Department of Water Resources.

Having considered the Motion to Request Stay of Discovery as to California Department of Water Resources, as well as the parties' Revised Stipulated Discovery Plan And Scheduling Order (ECF#50); and finding good and sufficient cause and that it is in the interest of justice therefor; the Court hereby orders that the Department's motion is GRANTED, and discovery is stayed as follows:

The California Department of Water Resources is excused from participating in initial disclosures under Fed. R. Civ. P. 26 or in discovery procedures, until after the Court's issuance of a decision on the Department's motion to dismiss (ECF #32), or April 1, 2014, whichever is earlier. Nothing in this Order shall prevent the Department from voluntarily participating in depositions that may otherwise take place while this stay is in effect.

In the event the Court has not decided the Department's motion to dismiss by April 1, 2014, the Department shall have the right to seek an extension of this stay either by stipulation or by duly noticed motion. Any other party shall have the right to oppose such a request.

**IT IS SO ORDERED.**

DATED: December 23, 2013

THE HONORABLE MAGISTRATE
JUDGE NANCY J. KOPPE

DM2\4659000.1

2