ROBERT B. WIYGUL, ESQ. (*pro hac vice*)
Waltzer Wiygul & Garside, LLC
1011 Iberville Drive
Ocean Springs, MS 39564
Tel: 228-872-1125
Fax: 228-872-1128
robert@waltzerlaw.com

*Counsel for Plaintiffs*

ANDREW C. LILLIE, ESQ. (*pro hac vice*)
JESSICA BLACK LIVINGSTON, ESQ. (*pro hac vice*)
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, CO  80202
Phone: (303) 899-7300
Fax: (303) 899-7333
andrew.lillie@hoganlovells.com

*Counsel for Defendant Nevada Power Co.*

ANDREW K. GORDON
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105
Phone: (415) 957-3000
Fax: (415) 957-3001
akgordon@duanemorris.com

*Counsel for Defendant California Department of Water Resources*

*Additional counsel on signature page.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, a federally recognized Tribe of Indians,<br><br>and<br><br>SIERRA CLUB, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA POWER CO., d/b/a NV ENERGY,<br><br>and<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>Defendants. | Case No. 2:13-cv-01417-JAD-NJK<br><br>JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT PROPOSED SETTLEMENT |

**JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT PROPOSED SETTLEMENT DOCUMENTS**

Plaintiffs the Moapa Band of Paiute Indians (the "Moapa") and Sierra Club, along with Defendants Nevada Power Company ("NPC") and the California Department of Water Resources ("CDWR") (collectively, the "Parties"), jointly request that the Court permit the parties fourteen (14) additional days to submit proposed settlement documents to the Court. In support of this motion, the parties submit the

2

following:

(1) Following the May 28, 2015, settlement conference the parties reached an agreement in principle to settle this matter, which remained subject to drafting of terms and conditions.

(2) By minute entry dated May 29, 2015 the Court told the parties to submit a settlement draft by June 12, 2015, and a motion for approval of settlement agreement by August 14, 2015.  These dates took into account that with respect to Clean Water Act claims the Department of Justice and the Environmental Protection Agency must be provided notice of the proposed settlement and the settlement may not be approved until 45 days from the date of that notice.

(3) The terms and conditions necessary to finalize the settlement proposal include relatively complex provisions relating to the structure for a potential purchase of water rights by the Moapa tribe, as well as other conditions of the proposed settlement. The parties have exchanged drafts of proposed language, but have not reached agreement on language.  In addition, each party is undergoing an internal decision-making and review process to obtain approval of final terms and conditions.  The parties will act expeditiously, but these processes require more time.

(4) Consequently, the Parties request the Court to extend the deadline for submittal of the draft settlement by fourteen (14) days, or until June 26, 2015.  The parties also propose at that time to submit a motion to approve the settlement along with a proposed order, with the required notification to the Court that Court may not act upon the motion until the 45-day notice period had elapsed.  The parties therefore submit that

3

a separate date to set a motion to submit is not necessary.

Respectfully submitted this 11th day of June, 2015.

| | |
|---|---|
| s/ Robert B. Wiygul | s/ Gloria D. Smith |
| ROBERT B. WIYGUL, ESQ. (*pro hac vice*) | GLORIA D. SMITH, ESQ. (*pro hac vice*) |
| Waltzer Wiygul & Garside, LLC | California Bar No. 200824 |
| 1011 Iberville Drive | Sierra Club Environmental Law Program |
| Ocean Springs, MS 39564 | 85 Second Street |
| Tel: 228-872-1125 | San Francisco, CA 94105 |
| Fax: 228-872-1128 | (415) 977-5532/ Fax: (415) 977-5793 |
| robert@waltzerlaw.com | gloria.smith@sierraclub.org |
| *Counsel for Plaintiffs* | *Counsel for Plaintiff Sierra Club* |

| | |
|---|---|
| s/ Andrew C. Lillie | s/ Andrew K. Gordon |
| ANDREW C. LILLIE (*pro hac vice*) | ANDREW K. GORDON (*pro hac vice*) |
| JESSICA BLACK LIVINGSTON (*pro hac vice*) | Duane Morris LLP |
| Hogan Lovells US LLP | One Market Plaza, Suite 2200 |
| 1200 17th Street, Suite 1500 | San Francisco, CA 94105 |
| Denver, CO 80202 | Phone: (415) 957-3000 |
| Phone: (303) 899-7300 | Fax: (415) 957-3001 |
| Fax: (303) 899-7333 | akgordon@duanemorris.com |
| andrew.lillie@hoganlovells.com | |
| | *Counsel for Defendant California* |
| *Counsel for Defendant Nevada Power Co.* | *Department of Water Resources* |

IT IS SO ORDERED.
Dated:  June 12, 2015

_____
United States Magistrate Judge

4