CHRISTINE W. ENNIS
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Ben Franklin Station, P.O. Box 7415
Washington, DC 20044
Telephone: (202) 616-9473
Facsimile: (202) 514-4231
Email: *christine.ennis@usdoj.gov*

*Attorney for the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOAPA BAND OF PAIUTE INDIANS, *et al.*, | )<br>) |
| Plaintiff, | ) Case No. 2:13-cv-01417-JAD-NJK<br>) |
| v. | )<br>) **ORDER** |
| NEVADA POWER COMPANY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**STIPULATION FOR EXTENSION OF TIME FOR UNITED STATES' COMMENT ON PROPOSED SETTLEMENT AGREEMENT**

**(First Request)**

Pursuant to LR 6-1, the United States as Interested Party, along with Defendants Nevada Power and California Department of Water Resources and Plaintiffs Moapa Band of Paiute Indians and Sierra Club, by and through their respective undersigned counsel, hereby stipulate and agree that the deadline for the United States to comment on the parties' proposed settlement agreement is extended by one week, up through and including September 15, 2015. This is the parties' first request that an extension be granted to the United States to comment on the proposed settlement agreement.

The United States received the proposed settlement agreement on July 24, 2015, and notified the parties that, pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. 135.5(b), the 45-day period to comment on the proposed settlement agreement would end on September 8, 2015. Since sending the

notice, the United States has contacted the parties with questions pertaining to the proposed supplemental environmental project payment. While most of these have been resolved, the parties need another week to finalize discussion of the remaining issues. Counsel for Defendants and Plaintiffs and the United States stipulate to an extension of time for the United States to comment on the proposed settlement agreement and further agree that this extension is supported by good cause.

Respectfully submitted this 8th day of September 2015.

/s/ Andrew C. Lillie
ANDREW C. LILLIE
Attorney for Defendant Nevada Power Co.

/s/ Christine W. Ennis
CHRISTINE W. ENNIS
Attorney for the United States

/s/ Andrew K. Gordon
ANDREW K. GORDON
Attorney for Defendant California Department of Water Resources

/s/ Robert B. Wiygul
ROBERT B. WIYGUL
Attorney for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 8, 2015.

2