ROBERT B. WIYGUL, ESQ. (*pro hac vice*)
Waltzer Wiygul & Garside, LLC
1011 Iberville Drive
Ocean Springs, MS 39564
Tel: 228-872-1125
Fax: 228-872-1128
robert@wwglaw.com

*Counsel for Plaintiffs*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, a federally recognized Tribe of Indians,<br>and<br>SIERRA CLUB, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA POWER CO., d/b/a NV ENERGY,<br>and<br>CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br>and<br><br>Defendants. | Case No. 2:13-cv-01417-JAD-NJK<br><br>STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE REGARDING FEE PETITION |

\\DE - 031485/000016 - 768278 v4

1

# STIPULATION AND PROPOSED ORDER FOR EXTENSION OF BRIEFING SCHEDULE REGARDING FEE PETITION

Plaintiffs the Moapa Band of Paiute Indians (the "Moapa Tribe"), Sierra Club, and Nevada Power Co. d/b/a NV Energy ("NV Energy") hereby stipulate as follows:

**WHEREAS**, the settlement in this matter was approved by the Court on October 14, 2015. (Rec. Doc. 114). At the request of the Moapa Tribe and Sierra Club, the Court granted the Moapa Tribe and Sierra Club until November 12, 2015 to file a motion for attorneys' fees and costs.

**WHEREAS**, the Moapa Tribe and Sierra Club represent that they have been diligent in preparing the voluminous time records and supporting declarations necessary for a fee application in this matter. However, coordinating the various declarations necessary to support the fee petition is taking longer than anticipated.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that Plaintiffs shall have until November 19, 2015, to file their petition for attorneys' fees and costs in this matter.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that Defendants shall have until January 5, 2016 to file their opposition.

## ORDER

IT IS SO ORDERED.

Dated: November 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

\\DE - 031485/000016 - 768278 v4

Respectfully submitted this 11th day of November, 2015.

s/ Robert B. Wiygul
ROBERT B. WIYGUL, ESQ. (*pro hac vice*)
Waltzer Wiygul & Garside, LLC
1011 Iberville Drive
Ocean Springs, MS 39564
Tel: 228-872-1125
Fax: 228-872-1128
robert@waltzerlaw.com

*Counsel for Plaintiffs*

s/ Gloria D. Smith
GLORIA D. SMITH, ESQ. (*pro hac vice*)
California Bar No. 200824
Sierra Club Environmental Law Program
85 Second Street
San Francisco, CA 94105
(415) 977-5532/ Fax: (415) 977-5793
gloria.smith@sierraclub.org

*Counsel for Plaintiff Sierra Club*

s/ Andrew C. Lillie
ANDREW C. LILLIE, ESQ. (*pro hac vice*)
Hogan Lovells US LLP
1200 17th St., Ste. 1500
Denver, CO 80202
Tel: 303-899-7300
Fax: 303-899-7333
andrew.lillie@hoganlovells.com

*Counsel for Defendant NV Energy*

s/ Andrew K. Gordon
ANDREW K. GORDON, ESQ. (*pro hac vice*)
Duane Morris LLP
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105
Tel. 415-957-3000
akgordon@duanemorris.com

*Counsel for Defendant California Department of Water Resources*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

3