NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
nsantoro@santoronevada.com
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
opancheri@santoronevada.com
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:  702-948-8771
Facsimile:   702-948-8773

ANDREW C. LILLIE, ESQ.  (*pro hac vice*)
Hogan Lovells US LLP
1200 17th St., Ste. 1500
Denver, CO 80202
Tel: 303-899-7300
Fax: 303-899-7333
andrew.lillie@hoganlovells.com

*Counsel for Defendant Nevada Power Co. d/b/a NV Energy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, a federally recognized Tribe of Indians, and<br><br>SIERRA CLUB, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA POWER CO., d/b/a NV ENERGY, and<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>Defendants. | Case No.:   2:13-cv-01417-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE REGARDING FEE PETITION**<br><br>**(First Request)** |

The Moapa Band of Paiute Indians (the "Moapa Tribe"), the Sierra Club, the California Department of Water Resources (the "CDWR") and Nevada Power Co. d/b/a NV Energy ("NV Energy" and together with CDWR collectively referred to as the "Defendants") do hereby stipulate as follows:

1   **WHEREAS**, the settlement in this matter was approved by the Court on October 2   14, 2015.  (Docket No. 114).  At the request of the Moapa Tribe and Sierra Club, the 3   Court granted the Moapa Tribe and Sierra Club until November 12, 2015 to file a 4   motion for attorneys' fees and costs.

5   **WHEREAS**, on November 12, 2015 the Court granted the parties Stipulation 6   and Order for Extension of Briefing Schedule Regarding Fee Petition.  (Docket No. 7   116).

8   **WHEREAS**, the Moapa Tribe filed its Motion for Attorneys' and Experts' Fees 9   and Costs (the "Motion") on November 19, 2015. (Docket No. 119). However, three of 10   the Declarations attached to the Motion were missing exhibits.  NV Energy advised 11   counsel for the Moapa Tribe and Sierra Club of this error.  The missing exhibits have 12   now been submitted as a supplement to the Motion.  (Docket No. 122).

13   **WHEREAS**, in order to provide Defendants with sufficient time to review the 14   missing exhibits in connection with preparing their response(s) to the Motion, the 15   parties have agreed to a brief extension of time for Defendants to respond to the Motion 16   (extending the due date from January 5, 2016 to January 12, 2016).

17   / /
18   / /
19   / /
20   / /
21   / /
22   / /
23   / /
24   / /
25   / /
26   / /
27   / /
28   / /

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that Defendants shall have until January 12, 2016 to file their response(s) to the Motion.

Respectfully submitted this 22nd day of December, 2015.

| | |
|---|---|
| WALTZER WIYGUL & GARSIDE, LLC | Sierra Club Environmental Law Program |
| /s/ *Robert B. Wiygul* <br> ROBERT B. WIYGUL, ESQ. <br> (*pro hac vice*) <br> 1011 Iberville Drive <br> Ocean Springs, MS 39564 <br> Tel.: 228-872-1125 / Fax: 228-872-1128 <br> robert@waltzerlaw.com | /s/ *Gloria D. Smith* <br> GLORIA D. SMITH, ESQ. (*pro hac vice*) <br> California Bar No. 200824 <br> 85 Second Street <br> San Francisco, CA 94105 <br> Tel.: (415) 977-5532 / Fax: (415) 977-5793 <br> gloria.smith@sierraclub.org |
| *Counsel for Plaintiffs* | *Counsel for Plaintiff Sierra Club* |
| DUANE MORRIS LLP | SANTORO WHITMIRE |
| /s/ *Andrew K. Gordon* <br> ANDREW K. GORDON, ESQ. <br> (*pro hac vice*) <br> One Market Plaza, Spear Tower, Suite 2200 <br> San Francisco, CA 94105 <br> Tel.: 415-957-3000 / Fax: 415-358-4406 <br> akgordon@duanemorris.com | /s/ *Oliver J. Pancheri* <br> NICHOLAS J. SANTORO, ESQ. (NBN 532) <br> nsantoro@santoronevada.com <br> OLIVER J. PANCHERI, ESQ. (NBN 7476) <br> opancheri@santoronevada.com <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, Nevada 89135 <br> Tel.: 702-948-8771 / Fax: 702-948-8773 |
| *Counsel for Defendant California Department of Water Resources* | ANDREW C. LILLIE, ESQ. (*pro hac vice*) <br> HOGAN LOVELLS US LLP <br> 1200 17th St., Ste. 1500 <br> Denver, CO 80202 <br> Tel: 303-899-7300 / Fax: 303-899-7333 <br> andrew.lillie@hoganlovells.com |
| | *Counsel for Defendant Nevada Power Co. d/b/a NV Energy* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2015

- 3 -