1  ROBERT B. WIYGUL, ESQ. (*pro hac vice*)
   Waltzer Wiygul & Garside, LLC
2  1011 Iberville Drive
   Ocean Springs, MS 39564
3  Tel: 228-872-1125
   Fax: 228-872-1128
4  robert@wwglaw.com
   *Counsel for Plaintiffs*
5
   *Additional Counsel Listed on*
6  *Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE MOAPA BAND OF PAIUTE INDIANS, a federally recognized Tribe of Indians, <br><br> and <br><br> SIERRA CLUB, a California non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> NEVADA POWER CO., d/b/a NV ENERGY, <br><br> and <br><br> CALIFORNIA DEPARTMENT OF WATER RESOURCES, <br><br> Defendants. | Case No. 2:13-cv-01417-JAD-NJK <br><br> STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' FEE PETITION REPLY BRIEF <br><br><br> **ORDER** |

1

**STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' FEE PETITION REPLY BRIEF**

Plaintiffs the Moapa Band of Paiute Indians (the "Moapa Tribe") and Sierra Club, and Defendant Nevada Power Co. d/b/a NV Energy ("NV Energy") hereby stipulate as follows:

**WHEREAS**, the settlement agreement in this matter was approved by the Court on October 14, 2015. (Rec. Doc. 114, as amended by Rec. Doc. 121). At the request of the parties, the Court granted the Moapa Tribe and Sierra Club until November 19, 2015 to file a motion for attorneys' fees and costs and granted NV Energy until January 5, 2016, forty-seven days, to respond.  (Rec. Doc. 116).  At the agreement of both parties, the Court extended the deadline for NV Energy's response an additional seven days, to January 12, 2016.  (Rec. Doc. 124).

**WHEREAS**, Plaintiffs filed their motion for attorneys' fees and costs on November 19, 2015 (the "Fee Petition").  (Rec. Doc. 119).

**WHEREAS**, On January 12, 2016, NV Energy filed its response brief to the Fee Petition.

**WHEREAS,** the parties have agreed to extend the seven-day period provided in the Local Rules, L.R. 7.2(c), to file a reply brief.  The parties agree to allow Plaintiffs until February 8, 2016 to submit their reply brief.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that Plaintiffs shall have until February 8, 2016 to file their reply brief to the Fee Petition.

**IT IS SO ORDERED.**   _____

2

UNITED STATES DISTRICT JUDGE
Dated:  January 19, 2016.

IT IS SO ORDERED.

Dated: January ___, 2016

_____
HON. JENNIFER A. DORSEY,
U.S. DISTRICT JUDGE

Respectfully submitted this 18th day of January, 2016.

*s/ Robert B. Wiygul*_____
ROBERT B. WIYGUL, ESQ. (*pro hac vice*)
Waltzer Wiygul & Garside, LLC
1011 Iberville Drive
Ocean Springs, MS 39564
Tel: 228-872-1125
Fax: 228-872-1128
robert@wwglaw.com
*Counsel for Plaintiffs*

*s/ Gloria D. Smith*_____
GLORIA D. SMITH, ESQ. (*pro hac vice*)
Sierra Club Environmental Law Program
85 Second Street
San Francisco, CA 94105
(415) 977-5532/ Fax: (415) 977-5793
gloria.smith@sierraclub.org

*Counsel for Plaintiff Sierra Club*

*s/ Nicholas J. Santoro*_____
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
Santoro Whitmire
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel. (702) 948-8771 / Fax (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com

ANDREW C. LILLIE, ESQ. (*pro hac vice*)
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, CO  80202
Phone: (303) 899-7300
Fax: (303) 899-7333
andrew.lillie@hoganlovells.com

*Counsel for Defendant Nevada Power Co. d/b/a NV Energy*

*s/ Andrew K. Gordon*_____
ANDREW K. GORDON, ESQ. (*pro hac vice*)
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105
Phone: (415) 957-3000
Fax: (415) 957-3001
akgordon@duanemorris.com

*Counsel for Defendant California Department of Water Resources*